United States Court of Appeals
 for the district of columbia circuit
 


No. 97-5006 September Term, 1997

Stichting Pensioenfonds Voor de Gezondheid, 
 Geestelijke en Maatschappelijke Belangen,
 Appellant
 
 v.

United States of America,
 Appellee.
 

 Before: Edwards, Chief Judge; Ginsburg and Tatel, Circuit Judges.

 O R D E R

 It is Ordered, by the Court, that the opinion filed November 14, 1997 is amended, as
follows:

 At page 8, line 37-38

 Replace "proposed" with "promulgated"

 At page 9, line 1

 Replace "receive, hold, disburse" with "receive, hold, invest, disburse"

 At page 9, line 7-8
 
 Replace "has a brief life expectancy" with "had a brief life"

 At page 10, line 26
 
 Replace "proposed" with "new"

 PER CURIAM
FOR THE COURT:
Mark J. Langer, Clerk

Filed on December 22, 1997